FILED

2020 Dec-01  PM 12:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **DEE LOUCKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:20-cv-01295-CLM** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER OF DISMISSAL</u>

The Court acknowledges receipt of the notice of voluntary dismissal filed as between Plaintiff and Defendant Equifax Information Services, LLC on November 25, 2020. Doc. 18.

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims against Defendant Equifax Information Services, LLC are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs. The CLERK is **DIRECTED** to terminate Equifax as a defendant in this case.

Plaintiff's claims against Experian Information Services, Inc.; TransUnion, LLC; Celtic Bank Corporation; and Continental Finance Company, LLC remain before the court.

**DONE and ORDERED** this 1st day of December, 2020.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE