UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

Dee Loucks,
        Plaintiff,

    v.                        CASE NO.: **1:20-cv-1295**

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
TransUnion, LLC,
Celtic Bank Corporation,
Continental Finance Company, LLC.
        Defendant.
_____/

**NOTICE OF SETTLEMENT AS TO CELTIC BANK CORPORATION**

      Notice is hereby given that the Plaintiff Dee Loucks and Defendant Celtic Bank Corporation have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

Dated: March 3, 2021                              Respectfully Submitted,

                                                                 /s/Yaakov Saks
                                                             Yaakov Saks, Esq.
                                                             **Stein Saks, PLLC**
                                                             285 Passaic Street
                                                             Hackensack, NJ 07601
                                                             ysaks@steinsakslegal.com
                                                             Tel. 201-282-6500
                                                             Fax 201-282-6501
                                                             *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 3, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Yaakov Saks*
Yaakov Saks