UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

Dee Loucks,
   Plaintiff,

  v.          CASE NO.: **1:20-cv-1295**

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
TransUnion, LLC,
Celtic Bank Corporation,
Continental Finance Company, LLC.
   Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL AS TO TRANS UNION LLC**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Dee Loucks and the Defendant, Trans Union, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that these parties are dismissed with prejudice and without costs or attorney's fees to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This joint stipulation of dismissal with prejudice as to Trans Union, LLC does not affect Plaintiff's claims against any other Defendant.

**Dated:** March 8, 2021

| For Plaintiff Dee Loucks | For Defendant Trans Union, LLC |
|---|---|
| _/s/ Yaakov Saks_<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500 | _/s/ Matthew Robinett_<br>Matthew Robinett<br>Norman Wood Kendrick & Turner<br>1130 22nd Street South Ridge Park Place<br>Birmingham, AL 35205<br>Ph:  (205) 328-6643 |

| | |
|---|---|
| ysaks@steinsakslegal.com | mrobinett@nwkt.com |

## CERTIFICATE OF SERVICE

I certify that on March 8, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*