FILED
2021 Mar-15 AM 10:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

Dee Loucks,
    Plaintiff,

v.                   CASE NO.: **1:20-cv-1295**

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
TransUnion, LLC,
Celtic Bank Corporation,
Continental Finance Company, LLC.
    Defendants.

_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Dee Loucks and the Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, hereby stipulate and agree that the Plaintiff's action against Experian should be dismissed with prejudice and without costs to either party.

Dated: March 15, 2021

| For Plaintiff Dee Loucks | For Defendant Experian Information Solutions, Inc. |
|---|---|
| */s/ Yaakov Saks* | */s/ L. Jackson Young, Jr.* |
| Yaakov Saks | L. Jackson Young, Jr. |
| Stein Saks, PLLC | Moore Young Foster & Hazelton, LLP |
| 285 Passaic Street | 1122 Edenton Street |
| Hackensack, NJ 07601 | Birmingham, AL 35242 |
| Ph: (201) 282-6500 | Ph: (205) 380-6984 |
| ysaks@steinsakslegal.com | jyoung@my-defense.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

Dee Loucks,

    Plaintiff,

v.

CASE NO.: **1:20-cv-1295**

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
TransUnion, LLC,
Celtic Bank Corporation,
Continental Finance Company, LLC.

    Defendants.

_____/

    Plaintiff and Defendant Experian Information Solutions, Inc. have stipulated to the dismissal of Plaintiff's claims against Defendant with prejudice.

    The Clerk of the Court is directed to remove Defendant Experian Information Solutions, Inc. from the caption of this case. The Clerk of the Court is further directed to terminate the motion pending at Dkt. No. 23.

Dated: March ____, 2021

                                                     COREY L. MAZE
                                            United States District Judge