# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DEE LOUCKS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 1:20-cv-01295-CLM |
| **EQUIFAX INFORMATION SERVICES, LLC, et al.,** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

The Court acknowledges the stipulation of dismissals filed as to Defendants TransUnion LLC on March 8, 2021 and Experian Information Solutions, Inc. on March 15, 2021. Doc. 36, 37.

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims against Defendants TransUnion LLC and Experian Information Solutions, Inc. are **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

Additionally, the Court acknowledges receipt of the notice of settlement filed between Plaintiff and Defendants Continental Finance Company and Celtic Bank Company on March 3, 2021. Docs. 34, 35.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs. The court retains jurisdiction of this action as to Defendants Continental

Finance Company and Celtic Bank Company to reinstate the case, if any party represents to the court on or before May 14, 2021 that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. All pending deadlines and settings in this case are **CANCELLED**.

**DONE and ORDERED** this 16th day of March, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE