UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

Dee Loucks,
      Plaintiff,

      v.                            CASE NO.: **1:20-cv-1295**

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
TransUnion, LLC,
Celtic Bank Corporation,
Continental Finance Company, LLC.
      Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL AS TO CELTIC BANK CORPORATION AND CONTINENTAL FINANCE COMPANY, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Dee Loucks and the Defendants, Celtic Bank Corporation and Continental Finance Company, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that these parties are dismissed with prejudice and without costs or attorney's fees to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This joint stipulation of dismissal with prejudice as to Celtic Bank Corporation and Continental Finance Company, LLC does not affect Plaintiff's claims against any other Defendant.

**Dated:** March 17, 2021

| **For Plaintiff Dee Loucks** | **For Defendant Celtic Bank Corporation and  Continental Finance Company, LLC** |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC | */s/ Francis Rodriguez*<br>Francis Rodriguez<br>Reed Smith, LLP |

| | |
|---|---|
| 285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | 1001 Brickell Bay Drive Suite 900<br>Miami, FL 33131<br>Ph: (786) 747-0200<br>frodriguez@reedsmith.com |

## CERTIFICATE OF SERVICE

I certify that on March 17, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*